# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0107
LT Case No. 2024-SC-002324

_____

ROBERT RITTER and LAURYN
RITTER,

    Appellants,

    v.

ROCKER PROPERTIES, LLC,

    Appellee.

_____

On appeal from the County Court for Clay County.
Kristina Keller Mobley, Judge.

Robert Ritter and Lauryn Ritter, Jacksonville, pro se.

No Appearance for Appellee.

January 8, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————